VICKI S. CURRY *v.* J. WILLIAM BURNS, COMMISSIONER
OF TRANSPORTATION

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 439, is granted, limited to the following question:

"Does the denial of an allegation of the furnishing of a required statutory notice constitute a clearly distinct defense for purposes of the general verdict rule?"

*James H. Lee,* in support of the petition.

*Raymond J. Plouffe, Jr.,* in opposition.

Decided June 10, 1992

---

NANCY BURTON *v.* JOHN M. DILLMAN, CONSERVATOR
(ESTATE OF DOREEN DANKS)

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 479, is denied.

BORDEN, J., would grant the plaintiff's petition for certification.

*Nancy Burton,* in support of the petition.

*Melinda S. Monson,* in opposition.

Decided June 18, 1992

---

CATHERINE BOULAY *v.* CITY OF WATERBURY

The plaintiff's petition for certification for appeal from the Appellate Court, 27 Conn. App. 483, is denied.

*Ronald Cordilico,* in support of the petition.

*Thomas K. McDonough,* assistant to corporation counsel, in opposition.

Decided June 18, 1992